NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**PAUL MICHELOTTI,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

―――――――――――

2013-5131

―――――――――――

Appeal from the United States Court of Federal Claims in No. 13-CV-0029, Chief Judge Emily C. Hewitt.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Paul Michelotti submits a document received by this court on September 30, 2013, which the court treats as Michelotti's informal brief.  The United States moves without opposition for a stay of the deadline to file its response brief in this case until the end of the lapse in appropriations to the Department of Justice.

Upon consideration thereof,

IT IS ORDERED THAT:

2                          MICHELOTTI v. US

(1)  Michelotti's September 30, 2013 submission is accepted for filing as his informal brief.

(2)  The motion to stay the briefing schedule is granted to the extent that the United States' response brief is due within 21 days of the date of filing of this order.

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s21